IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| STATE OF UTAH,<br><br>              Plaintiff,<br><br>  v.<br><br>HAROLD OTTO BRYSON<br><br>              Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:15-mc-00890-JNP-EJF<br><br>Judge Jill N. Parrish |

On December 16, 2015, Defendant Harold O. Bryson filed a Motion to Transfer State Criminal Case, seeking to remove his Utah state criminal prosecution to this court. (Docket 1). On August 19, 2016, Magistrate Judge Furse filed a Report & Recommendation. (Docket 8). Judge Furse's recommendation was that this case be remanded to state court because Mr. Bryson did not timely file his Notice of Removal and because the court lacks a statutory basis to exercise jurisdiction over Mr. Bryson's case. Judge Furse's Report and Recommendation provided that any objection to his recommendation was to be filed within fourteen days of service. The time to respond has now expired and the court has received no objections.

Based on the court's *de novo* review of the record, the relevant legal authorities, and Judge Furse's Report and Recommendation, the court concludes that the Report and

Recommendation is a correct application of the law and the facts. Accordingly, the court ORDERS as follows:

1. The Recommendation (Docket 8) is ADOPTED IN FULL.

2. The case is hereby REMANDED to state court.

SO ORDERED this 7th day of September, 2016.

BY THE COURT:

_____
JILL N. PARRISH
United States District Judge